**[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 1220.]**

RUGE, APPELLANT AND CROSS-APPELLEE, *v.* CONRAD, ADMR., ET AL.,

APPELLEES AND CROSS-APPELLANTS; NAVISTAR INTERNATIONAL

TRANSPORTATION CORPORATION, APPELLEE.

[Cite as *Ruge v. Conrad*, 1998-Ohio-536.]

*Appeal dismissed as improvidently allowed.*

(No. 97-2328—Submitted October 14, 1998 at the Mercer County Session—

Decided December 30, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Clark County, No.

97CA0015.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and

*Eric S. Bravo*, for appellant and cross-appellee.

*Betty D. Montgomery*, Attorney General, and *Michael A. Vanderhorst*,

Assistant Attorney General, for appellees and cross-appellants Administrator,

Bureau of Workers' Compensation, and Industrial Commission.

*Vorys, Sater, Seymour & Pease* and *Joseph A. Brunetto*, for appellee

Navistar International Transportation Corp.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently

allowed.

{¶ 2} The court orders that the court of appeals' opinion not be published in

the Ohio Official Reports, and that it may not be cited as authority except by the

parties *inter se*.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG

STRATTON, JJ., concur.

COOK, J., dissents.

_____

**COOK, J., dissenting.**

{¶ 3} I respectfully dissent from the decision to dismiss this case as improvidently allowed and, if addressing this case on the merits, would affirm the decision of the court of appeals.

_____